**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| STACEY SCHWARTZ and JUDITH CABRERA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>21st CENTURY ONCOLOGY HOLDINGS, INC.,<br><br>     Defendant. | CASE NO. 2:16-CV-00241-UA-MRM<br><br><u>**CLASS ACTION**</u> |

**<u>MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Movants J Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong of the law firm, Girard Gibbs LLP ("Movants"), respectfully request entry of an Order permitting them to appear in this Court as co-counsel on behalf of Plaintiffs in the above-captioned actions. In support, Movants state:

1.  Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong and their law firm, Girard Gibbs LLP, represent Plaintiffs as co-counsel in all proceedings conducted in this actions.

2.  Daniel C. Girard is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States Supreme Court, the United States Courts of Appeals for the First Circuit, Second Circuit, Fourth Circuit, Fifth Circuit and Ninth Circuit, and the United States District Courts for the Northern District of California, the Southern District of California, the Central District of California, the Eastern District of California, and the District of Colorado.

3. Jordan Elias is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States Courts of Appeals for the Second Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, and Eleventh Circuit, and United States District Courts for the District of Arizona, the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of California, the District of Colorado, the Southern District of Florida, the District of Minnesota, the District of Nevada, and the Western District of Pennsylvania.

4. Esfand Y. Nafisi is a member in good standing and admitted to practice before all the courts of the State of Illinois and the District of Columbia, as well as the United States District Court for the Northern District of Illinois.

5. Linh G. Vuong is a member in good standing and admitted to practice before all the courts of the State of California, as well as the United States District Courts for the Northern District of California.

6. Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong are familiar with, and will be governed by, the Local Rules of the United States District Court for Middle District of Florida, including Rule 2.04 thereof.  Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

7. Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong designate Robert C. Gilbert and the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, 2525 Ponce de Leon Boulevard, Suite 625, Coral Gables, Florida 33134, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of

the case, including the trial in default of the non-resident attorneys.

8. Through his signature below, Robert C. Gilbert of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert hereby consents to such designation.

9. Pursuant to Local Rule 2.02(a), I certify that Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong have complied with the fee and e-mail registration requirements of Local Rule 2.01(d).

WHEREFORE, Movants respectfully request this Court to enter an Order admitting Daniel C. Girard, Jordan Elias, Esfand Y. Nafisi, and Linh G. Vuong to practice before this Court pro hac vice.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel have been unable to meet and confer with opposing counsel to ascertain whether or not this motion is contested as no opposing counsel has yet appeared as of the time of this filing. Plaintiffs will promptly serve a copy of this motion on 21st Century Oncology Holding Inc.'s Registered Agent following its filing and will inform the Court if and when they are contacted by opposing counsel with respect to this motion.

Dated: April 6, 2016.

Respectfully submitted,

By: */s/ Robert C. Gilbert*
 Robert C. Gilbert
Florida Bar Number 561861
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2525 Ponce de Leon Blvd., Suite 625
Coral Gables, FL 33134
Telephone: (305) 529-8858
Facsimile: (954) 525-4300
gilbert@kolawyers.com

3

David L. Ferguson
Florida Bar Number 981737
**KOPELOWITZ OSTROW FERGUSON**
**WEISELBERG GILBERT**
1 West Las Olas Blvd., 5th Floor
Ft. Lauderdale, FL  33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ferguson@kolawyers.com

Daniel Girard, *pro hac vice forthcoming*
Jordan Elias, *pro hac vice forthcoming*
Esfand Y. Nafisi, *pro hac vice forthcoming*
Linh G. Vuong, *pro hac vice forthcoming*
**GIRARD GIBBS LLP**
601 California St. #1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiffs Stacey Schwartz*
*and Judith Cabrera*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| STACEY SCHWARTZ and JUDITH CABRERA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>21st CENTURY ONCOLOGY HOLDINGS, INC.,<br><br>      Defendant. | **CASE NO. 2:16-CV-00241-SPC-MRM**<br><br>**CLASS ACTION** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I electronically filed the Motion to Consolidate and Incorporated Memorandum of Law with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

    21st Century Oncology Holdings, Inc.
    c/o Corporation Service Company
    2711 Centerville Rd. Suite 400
    Wilmington, DE  19808
    *Registered Agent for Defendant*

    By: /s/ Robert C. Gilbert
    Robert C. Gilbert
    Florida Bar Number 561861
    **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
    2525 Ponce de Leon Blvd., Suite 625
    Coral Gables, FL  33134
    Telephone: (305) 529-8858
    Facsimile: (954) 525-4300
    gilbert@kolawyers.com

    *Counsel for Plaintiff and the Proposed Class*